JAMES J. FALCONE, ESQ.   sbn #131235
LAW OFFICE OF JAMES J. FALCONE
100 Howe Avenue, Suite 135 South
Sacramento, CA 95825
Telephone:   916/ 442-4204

Attorney for
Placerville Investment Group LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

Satinder Singh

Case No. 23–22540-E-13 C

APPLICATION FOR
PAYMENT OF FUNDS
And Memo of Points & Authorities

11 U.S.C. §349;  Local General Order 2401

Docket Control # JJF-02

Date: January 14, 2025
Time: 1:30 pm.
Judge: Hon.  Ronald H. Sargis
Location: 501 I Street
6th Floor, Dept. E, Courtroom 33
Sacramento, CA 95814

APPLICATION FOR PAYMENT OF FUNDS

Placerville Investment Group, LLC ("Creditor" and "Placerville"), which holds a secured claim against the above-captioned estate of Satinder Singh (the "Debtor"), hereby moves the court for an order for payment of Funds held by the Clerk of the Court. In support of this Application, Creditor respectfully represents as follows:

LAW OFFICE
JAMES J. FALCONE
100 Howe Ave, Suite 135 South
Sacramento, CA 95825
Phone (916) 442-4204

- 1 -

In re Singh

Creditor has under separate cover submitted "APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS" with REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION to the Finance Department of this Court.

This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b). This is a core proceeding under 28 U.S.C. § 157(b)(2)(A). Venue is proper in this court pursuant to 28 U.S.C. § 1409(a). This motion is brought under 11 U.S.C. §349 and Local General Order 2401.

## I. BACKGROUND

### A. Creditor's Claims Against the Debtor and Sonia Madaan.

By way of two loan transactions, the Debtor borrowed the total amount of $300,000.00 from Creditor, where the Debtor represented that the loan proceeds were to be used for meeting operational costs of operating a convenience and liquor store in Wheatland, California (the "Business"). Creditor contemporaneously filed UCC-1 Financing Statements that describe the collateral as essentially all assets of the Business, consisting of inventory, good will, and furniture, fixtures and equipment (the "Collateral"). See Declaration of Dalip Gupta ("Decl. Gupta"), submitted herewith, ¶¶ 4-5, Exhs. A, B, C (copies of relevant loan documentation).

The Debtor's obligations under the Notes were guaranteed by Sonia Madaan ("Madaan"). The Debtor quickly became delinquent on monthly payments under the Notes, and some payments were made by checks that were dishonored by the bank. On July 18, 2023, the Superior Court awarded Creditor a default judgment against the Debtor and Madaan (as guarantor of the Debtor's obligations under the Notes) in the amount of $293,888.48, plus the actual costs of foreclosure and sale (the "Judgment"). (See id. ¶¶ 6-7, Exh. D

LAW OFFICE
JAMES J. FALCONE
100 Howe Ave, Suite 135 South
Sacramento, CA 95825
Phone (916) 442-4204

- 2 -

*In re Singh*

(copy of judgment)). The Debtor's chapter 13 case, and Madaan's separate Chapter 7 Case, have of course served to prevent Creditor from resorting to its state-court rights to recover the significant amount owed.

Creditor has received no payment whatever from the Debtor or Madaan since January 2023. During this period, the Debtor and Madaan have continued to use the Collateral to operate the Business and derive income therefrom, without making any report to Creditor regarding the level of inventory on hand or the status or condition of the Collateral. (Decl. Gupta ¶ 8.)

## II. REQUEST FOR RELIEF

Creditor seeks payment of unclaimed funds held by the Clerk derived from Ch. 13 payments from the debtor.

## III. POINT & AUTHORITIES

### A. The Bankruptcy Code Permits the Court to Award the Funds for Cause

The Bankruptcy Code § 349(b)(3) provides that:

"(b) Unless the court, for cause, orders otherwise, a dismissal of a case other than under section 742 of this title--
  (3) revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case under this title." 11 U.S.C.A. § 349.

LAW OFFICE
JAMES J. FALCONE
100 Howe Ave, Suite 135 South
Sacramento, CA 95825
Phone (916) 442-4204

- 3 -

*In re Singh*

The Court has discretion to order otherwise. Here, good cause exists because these funds were, and are, subject to Movant Placerville's security interest.

"The bankruptcy court has a duty to make sure that unclaimed funds are paid to the proper party. *In re Scott,* 346 B.R. 557, 558 Bankr.N.D.Ga.2006) (citation omitted). When a claimant submits an application for payment of unclaimed funds on account of a secured claim, the court must make a determination that the claimant is not only the proper party to make the claim, but that the claimant is also entitled to the funds. The burden of proving an entity's entitlement to unclaimed funds rests with the applicant. (*In re Acker,* 275 B.R. 143, 144 (Bankr.D.D.C.2002) (citation omitted)." *In re Pena,* 456 B.R. 451, 453 (Bankr. E.D. Cal. 2011))

### B. The Funds Are Subject to the Placerville's Lien

Placerville has a Judgment against the debtor, secured by a Security Agreement and UCC-1 Financing Statement filed with the State of California Office of the Secretary of State on April 22, 2022; naming as Debtor Wheatland 99 Cent & Liquor Store and Satinder Singh, and constituting a lien on the debtor's property. (Decl. Gupta, ¶ 5, 7.)

As described in the UCC-1 and security agreement, the business "Inventory, Goodwill, FF&E all related to the business," are collateral security. (Ex. C)

Satinder Singh's Amended Schedule I (Ex. E; Doc 227) describes himself as self-employed owner of this store (Part 1, para. 1). He lists no monthly salary, wages, or commission (Part 2, 2-4.) the ONLY income scheduled is

LAW OFFICE
JAMES J. FALCONE
100 Howe Ave, Suite 135 South
Sacramento, CA 95825
Phone (916) 442-4204

"8a. Net income from rental property and from operating a business, profession, or farm … $6449.00."

The funds held by the Court can only be income from operating this business, i.e., proceeds from the sale of Inventory.

A state's Uniform Commercial Code is a determinative factor of whether a security interest in proceeds survives the filing of bankruptcy. (*In re Skagit Pac. Corp.,* 316 B.R. 330, 337 (B.A.P. 9th Cir. 2004)). Under California law, a security interest follows the proceeds from sale of the security. Calif. Commercial Code, §9315 provides in pertinent part:

> "(a) Except as otherwise provided in this division and in subdivision (2) of Section 2403, both of the following apply:
>
> (1) A security interest or agricultural lien continues in collateral notwithstanding sale, lease, license, exchange, or other disposition thereof unless the secured party authorized the disposition free of the security interest or agricultural lien.
>
> (2) A security interest attaches to any identifiable proceeds of collateral."

Likewise in Bankruptcy Court, if a debtor sells property subject to a lien, the lien typically attaches to the proceeds of the sale. This principle is well-established under the Bankruptcy Code, specifically under 11 U.S.C. §363(f), which allows the sale of estate property free and clear of liens, with such liens attaching to the proceeds of the sale. (*In re Groves,* 652 B.R. 104, 114 (B.A.P.

LAW OFFICE
JAMES J. FALCONE
100 Howe Ave, Suite 135 South
Sacramento, CA 95825
Phone (916) 442-4204

- 5 -

*In re Singh*

9th Cir. 2023), aff'd and remanded, No. 23-60040, 2024 WL 3041548 (9th Cir. June 18, 2024))

Here, where the only source of debtor's plan payments was the proceeds from sale of the collateral, these funds may be traced to the original collateral. Hence, the security interest has always been attached to the funds held by the Court.

### C. Creditor Placerville Has Not Been Paid Since January 2023

. No funds have been paid to Placerville since January 2023 (Decl. Gupta, ¶ 8), and interest accrues at 10% under California Law. Placerville's amended Proof of Claim filed in January 2024, shows a secured debt of $304,310.34

### D. Conclusion

Placerville prays that the Court instructs the Clerk to pay funds over to the creditor.

Dated: December 12, 2024

/S/ JAMES J. FALCONE
Attorney for
Placerville Investment Group LLC

LAW OFFICE
JAMES J. FALCONE
100 Howe Ave, Suite 135 South
Sacramento, CA 95825
Phone (916) 442-4204

- 6 -

*In re Singh*