# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Satinder Singh,<br>             Debtor. | ) Case No. 23-22540 - E - 13<br>) Docket Control No. JJF-2<br>) Document No. 332<br>) Date: 01/14/2025<br>) Time: 2:00 PM<br>) Dept: E |

## Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

      The Motion for Payment of Unclaimed Funds filed by Placerville Investment Group LLC ("Movant"), having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

      **IT IS ORDERED** that the hearing on the Motion for Payment of Unclaimed Funds is continued to **2:00 p.m. on January 28, 2025.** The court continues the hearing to allow the Movant to file supplemental pleadings addressing it right to the monies held by the Clerk of the Court, as well as further research by the court.

      After the hearing the court conducted some additional research and notes that in 11 U.S.C. § 1326 Congress provides:

> § 1326. Payments
> (a)
> (1) Unless the court orders otherwise, the debtor shall commence making payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier, in the amount—
>
>     (A) proposed by the plan to the trustee; . . .
>
> (2) A payment made under paragraph (1)(A) shall be retained by the trustee until confirmation or denial of confirmation. If a plan is confirmed, the trustee shall distribute any such payment in accordance with the plan as soon as is practicable. **If a plan is not confirmed, the trustee shall return any such payments** not previously paid and not yet due and owing to creditors pursuant to paragraph (3) [11 U.S.C. § 363 sale of property] **to the debtor**, after deducting any unpaid claim allowed under section 503(b).

11 U.S.C. § 1326(a) [emphasis added].

**IT IS FURTHER ORDERED** that Supplemental Pleadings, if any, by Movant shall be filed and served on or before January 21, 2025.

Dated: January 16, 2025

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court